UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM STEPHENSON,<br><br>            Plaintiff,<br><br>       v.<br><br>BRANDON PRICE, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01625-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq*. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On November 18, 2021, Plaintiff submitted an application to proceed in forma pauperis. (ECF No. 5). Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:  **November 19, 2021**           /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE

1