1
2
3
4                       UNITED STATES DISTRICT COURT
5                       EASTERN DISTRICT OF CALIFORNIA
6
7    WILLIAM STEPHENSON,                    Case No. 1:21-cv-01625-NONE-EPG (PC)
8            Plaintiff,                     ORDER DIRECTING THE CLERK OF
                                            COURT TO ASSIGN A DISTRICT JUDGE
9        v.                                 AND CLOSE THE CASE
10   BRANDON PRICE, et al.,                 (ECF No. 9)
11           Defendants.
12

13          On December 15, 2021, Plaintiff filed a notice voluntarily dismissing this action pursuant

14   to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "with the understanding that the dismissal of

15   this case will be *without* prejudice." (ECF No. 9, p. 1) (citations omitted).  Therefore, this action

16   has been terminated.[1]  Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688,

17   692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to assign a district judge to

18   this case for the purpose of closing the case and then to CLOSE THIS CASE.

19
20   IT IS SO ORDERED.

21      Dated:   __December 16, 2021__              /s/ Erica P. Grosjean
22                                                  UNITED STATES MAGISTRATE JUDGE
23
24
25
        _____
26          [1] The Court notes that the dismissal is automatically without prejudice, unless Plaintiff previously dismissed
     a federal or state court action that is based on, or includes, the same claims at issue in the present case.  See Fed. R.
27   Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.  But if the
     plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of
28   dismissal operates as an adjudication on the merits.").  Thus, although Plaintiff's case is voluntarily dismissed, it is
     unclear, and the Court does not decide, whether the voluntary dismissal is with or without prejudice.

                                                      1